DEAR MR. HOTTLE:                                                      JANUARY 28, 2015

I AM WRITING IN REFERENCE TO CAUSE #04-14-00382-CR, CASE #1679, STATE OF TEXAS V. RENE ESCALANTE.

MY TIMELINE IS AS FOLLOWS:

APRIL 9, 2014 - GUILTY VERDICT BY JURY. 20 YRS TDCJ.
MAY 8, 2014 - NOTICE OF APPEAL MAILED
MAY 13, 2014 - NOTICE OF APPEAL GIVEN
JUNE 16, 2014 - REPORTER'S RECORD FILED
JUNE 20, 2014 - CLERK'S RECORD FILED
JULY 21, 2014 - BRIEF DUE
JULY 21, 2014 - EXTENSION "GRANTED" TILL AUGUST 20, 2014
SEPT. 19, 2014 - BRIEF FILED IN THE 4th COURT OF APPEALS
SEPT. 23, 2014 - RECIEVED COPY OF BRIEF

ATTORNEY FOR APPELLANT:

M. PATRICK MAGUIRE, P.C.
ATTORNEY AND COUNSELOR
STATE BAR NO. 24003515
945 BARNETT STREET
KERRVILLE, TEXAS 78028
TEL. (830) 895-2590
FAX. (830) 895-2594

MY ATTORNEY, MR. MAGUIRE, SENT ME A COPY OF OUR BRIEF IN SEPT. I HAVE WROTE MR. MAGUIRE AT LEAST 4 TIMES SINCE THEN REQUESTING ANY INFO BE FORWARDED TO ME. THERE ARE MANY OTHER ISSUES, GROUNDS, OR POINTS THAT I HAVE RESEARCHED WHILE BEING IN THE LAW LIBRARY. I HAVE MENTIONED THESE TO MY ATTY. TO NO AVAIL. AFTER DOING EXTENSIVE WORK AND STUDYING, I HAVE COME TO UNDERSTAND THAT THE STATE HAS ONLY 3 EXTENSIONS TO FILE. AS OF TODAY, 1-28-2015, IT IS 129 DAYS SINCE THE INITIAL DATE THE BRIEF WAS FILED.

NOW COMES RENE ESCALANTE, APPELLANT, AND ASKS THIS COURT TO PLEASE GRANT ME A COPY OF YOUR DOCKET. PLEASE INCLUDE ALL ACTIVITY WITHIN SAID CASE ABOVE STYLED AND NUMBERED. IT IS ALSO MY UNDERSTANDING THAT I AM TO RECIEVE ANY AND ALL COPIES FROM SAID COURT. I HAVE NOT RECIEVED ANY INFORMATION FROM EITHER MY ATTORNEY, M. PATRICK MAGUIRE, OR FROM THE 4th COURT OF APPEALS. I RESPECTFULLY ASK THIS COURT TO PLEASE FORWARD ALL INFORMATION ASKED FOR. THANK YOU FOR YOUR TIME AND CONSIDERATION. MAY GOD BLESS YOU EACH AND EVERY DAY.

RENE ESCALANTE

FILED IN THE COURT OF APPEALS SAN ANTONIO, TEXAS 2015 FEB -5 AM 11:49 Keith E. Hottle

USA FOREVER

ESCAMILLE # 1839438
N-5
1536 IH-10 EAST
FT. STOCKTON, TX 79735

04-14-00382
1679

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 FEB -5 AM 11:50
KEITH E. HOTTLE
CLERK

9 MuS KEITH E. HOTTLE — CLERK OF COURT
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

78205330 37